## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                             )
    Christopher Daniel Huhn        )
    Leslie Ann Huhn                )
                                   )    Case No.  08-30989JWV-7

## MOTION TO TRANSFER FUNDS TO COURT REGISTRY

COMES NOW Patricia A. Brown, Trustee in Bankruptcy for Christopher Daniel Huhn and Leslie Ann Huhn , files this Motion to Transfer Funds to Court Registry.  In support there of the Trustee states:

1. Patricia A. Brown is the duly acting and qualified Trustee of this bankruptcy estate.

2. The Trustee made her final distribution in the above- referenced bankruptcy estate pursuant to the Court's Order Approving her Final Report entered on November 17, 2010

3. Dividend checks were issued on November 22, 2010 and  forwarded to claimants.

4. The Trustee has funds for the creditor True Value Company in the amount of $16.99.   The Trustee sent check # 111dated November 22, 2010,  to True Value Company,  8600 W. Bryn Mawr Ave, Chicago, Il.,  60631-3505.  This check has not been presented for payment and these funds  remain in the bankruptcy estate account.

Based on the forgoing, the Trustee requests that the Court enter an Order to pay the funds into the Court's registry, and for such other and further relief as this Court deems just and proper.

    /s/ Patricia A. Brown
    Patricia A. Brown, Trustee
    1857 W. Dogwood Drive
    Joplin, Missouri 64801
    417-206-8358

## CERTIFICATE OF SERVICE

A copy of the above and foregoing was serviced by mailing copies first class, postage prepaid and/ or by electronic notice on April  27, 2011, to debtor (s), debtor's attorney, the United States Trustee and interested parties requesting notice.

    /s/ Patricia A. Brown, Trustee